**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-7612**

---

ANTON JOHNSON,

              Plaintiff - Appellant,

        v.

AMY PHENIX,

              Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:13-ct-03312-BO)

---

Submitted:  March 17, 2015          Decided:  March 19, 2015

---

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Anton Johnson, Appellant Pro Se.  Eric Patrick Edgerton, Francis Lachicotte Zemp, Jr., ROBERTS & STEVENS, PA, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anton Johnson appeals the district court's order dismissing his civil action for failure to state a claim. See Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Phenix, No. 5:13-ct-03312-BO (E.D.N.C. Oct. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED